IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOYCE FOREMAN                                                                    PLAINTIFF

V.                                    Case No. 3:25-CV-00052-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 11), is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 8th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE